**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARY KENNEDY,**

         **Plaintiff,**

-vs-                                            **Case No.  6:11-cv-489-Orl-22KRS**

**IMAGINE SCHOOLS, INC.,**

         **Defendant.**

_____

## ORDER

This cause is before the Court on the Joint Motion for Settlement Approval and Dismissal With Prejudice (Doc. No. 17) filed on November 7, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed November 18, 2011 (Doc. No. 20) is ADOPTED and CONFIRMED and made a part of this Order.

2.  The Joint Motion for Settlement Approval and Dismissal With Prejudice (Doc. No. 17) is GRANTED in part. The Court finds the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

3.  Plaintiff's counsel is prohibited from withholding any portion of the $10,000.00 payable to Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise.

4.  Plaintiff's counsel shall provide a copy of this Order to Plaintiff.

5.  This case is DISMISSED WITH PREJUDICE.

6.  The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 7, 2011.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge